UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN GOODWIN, | Case No. 22-cv-03061-RS |
| Plaintiff, | |
| v. | **STANDBY ORDER OF DISMISSAL** |
| 80 MEDWAY INC., et al., | |
| Defendants. | |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **November 23, 2022**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 1, 2022**, **at 1:30 p.m. via Zoom Webinar** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated:  September 30, 2022

_____
Richard Seeborg
Chief United States District Judge

United States District Court
Northern District of California