**ALLACCESS LAW GROUP**
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for AUSTIN GOODWIN, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN GOODWIN,<br><br>　　　　　　Plaintiff,<br><br>7-ELEVEN, INC. et al.<br><br>　　　　　　Defendants. | Case No. 3:22-cv-03061-RS<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AND RETAINING JURISDICTION OVER THE SETTLEMENT AGREEMENT** |

Plaintiff Austin Goodwin ("Plaintiff") and Defendants 80 Medway Inc. and Rajiv Uppal (collectively, "Defendants") hereby stipulate and respectfully request that this action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2) with each side bearing their own attorney fees, costs, and litigation expenses. The parties also request that the Court retain jurisdiction over the settlement agreement pursuant to General Order No. 56 until October 31, 2023.

Date: October 14, 2022       /s/ Irakli Karbelashvili
                             By Irakli Karbelashvili,
                             Attorneys for Plaintiff
                             AUSTIN GOODWIN

Date: October 14, 2022       /s/ Cris C. Vaughan
                             By Cris C. Vaughan,
                             Attorneys for Defendants 80 Medway Inc.
                             and Rajiv Uppal

**Filer's Attestation**

I, Irakli Karbelashvili, attest that I received concurrence from the signatories in the filing of this document.

       /s/ Irakli Karbelashvili
       Irakli Karbelashvili

**ORDER**

Having reviewed the parties' stipulation, and good cause appearing, this action is dismissed with prejudice with each side bearing their own attorney fees, costs, and litigation expenses. The Court retains jurisdiction over the settlement agreement until October 31, 2023.

**IT IS SO ORDERED.**

Dated: October 18, 2022

_____
United States District Judge